**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RAKEBIA DANIELS**
**ADC #754266**                                                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:14-cv-00724-KGB**

**UNITED METHODIST CHILDREN'S HOME**
**ARKANSAS CARES,** *et al.*                                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case should be, and hereby is dismissed without prejudice for failure to state a claim upon which relief may be granted. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So adjudged this the 26th day of June, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge